UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. LAWSON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:15CV937 CDP |
| SQUARE TWO FINANCIAL SERVICES CORP. d/b/a/ FRESH VIEW SOLUTIONS, | ) ) ) ) | |
| Defendant. | ) | |

## CASE MANAGEMENT ORDER - TRACK 3: COMPLEX

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Rule 16 Conference held on **July 23, 2015**,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I.     SCHEDULING PLAN**

1.     This case has been assigned to Track 3 (Complex).

2.     All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **October 1, 2015**.

3.     Disclosure shall proceed in the following manner:

  (a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **July 23, 2015**.

  (b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **December 15, 2015**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **January 14, 2016**.

  (c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **January 21, 2016**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **February 22, 2016**.

  (d) The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

  (e) Requests for physical or mental examinations of parties are not expected.

  (f) The parties shall complete <u>all written</u> discovery in this case no later than **December 15, 2015**.  The parties shall complete <u>all</u> discovery in this case no later than **February 15, 2016**.

  (g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than seven (7) days following the discovery deadline set out above.

 4. This case will be referred to alternative dispute resolution effective **October 1, 2015**, and that reference shall terminate on **December 1, 2015**.

 5. Any motions to dismiss or motions for judgment on the pleadings must be filed no later than **October 15, 2015**.  Opposition briefs shall be filed no later than ten days after the motion or **October 25, 2015**, whichever is earlier. Any reply brief may be filed no later than ten days following the response brief or **November 9, 2015**, whichever is earlier.

 6. Any motions to limit or exclude expert testimony must be filed no later than **March 1, 2016**.  Opposition briefs shall be filed no later than fifteen days after the motion or **March 15, 2016**, whichever is earlier. Any reply brief

may be filed no later than seven days following the response brief or **March 22, 2016**, whichever is earlier.

      7. Plaintiff's motion for class certification with supporting evidence must be filed by **March 1, 2016**. Opposition briefs shall be filed by **April 1, 2016**. Any reply brief may be filed by **April 18, 2016**.

      8. Any motions for summary judgment must be filed within thirty days of this Court's ruling on any motion for class certification. Opposition briefs shall be filed no later than thirty days after the motion, and any reply brief may be filed no later than ten days following the response brief.

      9. A further schedule to govern this case will be set following this Court's ruling on any motion for class certification.

      Failure to comply with any part of this order may result in the imposition of sanctions.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2015.