# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHARLES E. LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE TWO FINANCIAL SERVICES CORPORATION d/b/a FRESH VIEW SOLUTIONS,<br><br>Defendant. | Case No. 4:15-cv-00937-CDP |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with Federal Rule of Civil Procedure 56 and Local Rule 7-4.01, Defendant Square Two Financial Services Corporation moves for summary judgment on Plaintiff Charles E. Lawson's single cause of action. In support of this Motion, Defendant files its Memorandum and Statement of Uncontroverted Material Facts.

WHEREFORE, Defendant respectfully requests that the Court enter summary judgment in its favor and against Plaintiff, dismiss the lawsuit with prejudice to future actions at Plaintiff's costs, and grant such other relief as this Court deems just and proper under the circumstances.

DATED this 15th day of January, 2016.

        Respectfully submitted,

        SPENCER FANE LLP

        By: /s/ Joshua C. Dickinson
           Joshua C. Dickinson, #51446MO
           12925 West Dodge Road, Suite 107
           Omaha, NE 68154
           (402) 965-8600 (telephone)
           (402) 965-8601 (facsimile)
           jdickinson@spencerfane.com

OM 375323.1

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733 (telephone)
(314) 862-4656 (facsimile)
pmclaughlin@spencerfane.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 15th day of January, 2016, with notice of case activity generated and sent electronically to:

Christopher E. Roberts
David T. Butsch
Butsch Roberts & Associates, LLC
231 South Bemiston Avenue, Suite 260
Clayton, MO 63105

Steven A. Donner
Thomas R. Applewhite
Donner Applewhite
1108 Olive Street, Suite 200
St. Louis, MO 63101

*Attorneys for Plaintiff*

/s/ Joshua C. Dickinson