**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES E. LAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:15-cv-00937-CDP |
| vs. ) | |
| ) | |
| SQUARE TWO FINANCIAL SERVICES ) | |
| CORPORATION d/b/a FRESH VIEW ) | |
| SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through their respective attorneys, hereby stipulate and agree that Plaintiff's claims shall be dismissed, with prejudice, each party bearing its own attorney's fees and costs.

This stipulation of dismissal only pertains to Plaintiff's individual claims and shall not prejudice the rights or prospective rights of the putative, uncertified class. Accordingly, any claims pertaining to or alleged by the putative, uncertified class, are dismissed without prejudice.

Dated:  May 26, 2016

| | |
|---|---|
| BUTSCH ROBERTS & ASSOCIATES, LLC | SPENCER FANE, LLP |
| | |
| /s/ Christopher E. Roberts | /s/ Joshua C. Dickinson |
| David T. Butsch #37539 MO | Joshua C. Dickinson #51446 MO |
| Christopher E. Roberts #61895 MO | 12925 West Dodge Road, Suite 107 |
| 231 S. Bemiston Avenue, Suite 260 | Omaha, NE 68154 |
| Clayton, MO 63105 | (402) 965-8600 (telephone) |
| (314) 863-5700 (telephone) | (402) 965-8601 (facsimile) |
| (314) 863-5711 (facsimile) | jdickinson@spencerfane.com |
| Butsch@butschroberts.com | |
| roberts@butschroberts.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |